113 F.3d 564
 79 A.F.T.R.2d 97-2389
 ESTATE OF Marguerite S. MILLIKIN, Deceased; Quentin
Alexander, Executor, and Severance A. Millikin
Trust B Society National Bank, Formerly
AmeriTrust Company, Trustee,
Petitioners-Appellants,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.
 No. 96-1012.
 United States Court of Appeals,
Sixth Circuit.
 May 2, 1997.
 
 Before: MARTIN, C.J.; MERRITT, KENNEDY, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE and COLE, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandate is stayed and the case is restored to the docket as a pending appeal.
 
 
 4
 It is further ORDERED that the parties may file supplemental briefs simultaneously not later than Friday, May 23, 1997. Reargument will be scheduled for Wednesday, June 11, 1997.